No. 176. V. & S. BOTTLE COMPANY *v.* MOUNTAIN GAS COMPANY. Error to the Supreme Court of the State of Pennsylvania. Argued January 23, 1920. Decided January 26, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *California Powder Works v. Davis*, 151 U. S. 389, 393; *Sayward v. Denny*, 158 U. S. 180, 183; *Harding v. Illinois*, 196 U. S. 78, 80; *Seaboard Air Line Ry. v. Duvall*, 225 U. S. 477, 481, 487; *Cleveland & Pittsburgh R. R. Co. v. Cleveland*, 235 U. S. 50, 53. *Mr. C. La Rue Munson* and *Mr. W. K. Swetland*, with whom *Mr. Edgar Munson* was on the briefs, for plaintiff in error. *Mr. Churchill Mehard*, with whom *Mr. Samuel S. Mehard, Mr. W. F. Dubois* and *Mr. Cornelius D. Scully* were on the brief, for defendant in error. *Mr. Ralph J. Baker*, by leave of court, filed a brief as *amicus curiæ*.

---

No. 180. SUPERIOR & PITTSBURGH COPPER COMPANY *v.* STEVE DAVIDOVICH, SOMETIMES KNOWN AS STEVE DAVIS. Error to the Supreme Court of the State of Arizona. Submitted January 23, 1920. Decided January 26, 1920. *Per Curiam.* Affirmed upon the authority of *Arizona Employers' Liability Cases*, 250 U. S. 400. *Mr. Cleon T. Knapp* for plaintiff in error. *Mr. Samuel Herrick* for defendant in error.